UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JERRY A. JOHNSON,

        Plaintiff,                        Case No. 1:14cv347

v.                                      Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER
### APPROVING AND ADOPTING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on September 21, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 21, 2015, is approved and adopted as the opinion of the court.

        **IT IS ORDERED** that Plaintiff's Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act, (Dkt. #21), is **GRANTED IN PART AND DENIED IN PART** and the parties' Joint Stipulation for EAJA Fees, (Dkt. #23), is **REJECTED**.

        **IT IS FURTHER ORDERED** that Plaintiff is awarded two thousand, nine hundred twenty-two dollars and fifty cents ($2,922.50) and that such be paid directly to Plaintiff.

                                                               /s/ Robert J. Jonker
                                                              ROBERT J. JONKER
                                                           CHIEF UNITED STATES DISTRICT JUDGE

DATED:  October 13, 2015.